United States District Court

Southern District of New York

-----------------------------------------------x
John Martini,                                                    JUDGE: DC

                Plaintiff,                                 07cv8447

  -against-
                                              ECF

City of New York, Police Officer Hadkin, and Police Officers "John and Jane Doe"#1-8 (said names being fictitious, as their true names are presently unknown), Individually and in their Official Capacities,      NOTICE OF APPEARANCE

                Defendants.
-------------------------------------------------x


To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Plaintiff, JOHN MARTINI.

      I certify that I am admitted to practice in this Court, having been admitted on April 22, 2005.


DATED:    NEW YORK, NEW YORK
             SEPTEMBER 28, 2007

                                                     /S/ Arnold J. Levine
                                                     Arnold J. Levine (AL6819)
                                                     The Woolworth Building
                                                     233 Broadway, Suite 901
                                                     New York, New York 10279
                                                     Tel: (212) 732-5800
                                                     Fax: (212) 608-3280