AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

JOHN MARTINI

V.

City of New York, Police Officer Hadkin, and Police Officers "John and Jane Doe"#1-8 (said names being fictitious, as their true names are presently unknown)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8447**

**JUDGE CHIN**

TO: (Name and address of Defendant)

CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ARNOLD J. LEVINE, ESQ.
233 BROADWAY, SUITE 901
NEW YORK, NEW YORK 10279

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(By) DEPUTY CLERK

DATE  SEP 28 2007

JOHN MARTINI

                                                  Plaintiff(s)

             - against -

Index # 07 CIV 8447 (CHIN)

CITY OF NEW YORK, ETAL

Purchased September 28, 2007

                                                  Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 19, 2007 at 01:47 PM at

100 CHURCH ST., 4TH FLOOR
NEW YORK, NY10007

deponent served the within SUMMONS & VERIFIED COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN; GUIDELINES FOR ELECTRONIC CASE FILING on CITY OF NEW YORK therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to SORAYA BONIT, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN; GUIDELINES FOR ELECTRONIC CASE FILING as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 45 | 5'5 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  October 22, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**ANDERSON CHAN**
License #: 1220482
Invoice #: 450029

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728