# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET NEW YORK, N.Y. 10007

**J. Michael McMahon**
**Clerk of the Court**

- - - - - - - - - - - - - - - - - - - - - - - - - - x
John Martini,

                 Plaintiff(s),                07 Civ.  8447   (DC)

       - against -

City of New York, et al,

                 Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - x

         The above-captioned action has been assigned to Judge Denny Chin.

         Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

         This conference will be held on <u>February 15, 2008 at 10:00 A.M.</u>, in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

         Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

         **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned.  All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:       New York, New York
             January 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/28/08
```

Sincerely,

David Tam
Courtroom Deputy Clerk
U.S.D.C. - S.D.N.Y.
500 Pearl Street, Rm. 1020
New York, New York  10007
(212) 805-0096