

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CAROLINE CHEN
Assistant Corporation Counsel
Phone: (212) 788-1106
Fax: (212) 788-0367
Email: cchen@law.nyc.gov

January 29, 2008

**BY ECF**
Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  John Martini v. The City of New York, et al.
           07 CV 8447 (DC)

Your Honor:

      I am the Assistant Corporation Counsel assigned to the defense of the City of New York in the above-referenced matter. Yesterday, the Court issued an order scheduling a pretrial conference to take place on February 15, 2008, at 10 a.m. I write to respectfully request that the Court adjourn said conference, as the undersigned is expected to appear at a court conference before Judge Marrero scheduled for the same date and time. This application is made with plaintiff's counsel's consent.

      To assist the Court in the rescheduling of the pretrial conference, both parties' counsels are presently available on February 15, 2008, after 12 p.m., or on February 19, 2008, before 12 p.m. Plaintiff's counsel has also informed the undersigned that he has two trials scheduled to commence on or about February 20, 2008. Therefore, should the Court be unavailable during the dates and times proposed herein, the parties respectfully suggest that the conference be scheduled to take place on a date after February 27, 2008.

      Thank you for your consideration of this request.

      Respectfully submitted,

      Caroline Chen
      Assistant Corporation Counsel

2

cc:   Arnold Jay Levine, Esq. (by ECF)
      233 Broadway, Suite 901
      New York, New York 10007