UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

JOHN MARTINI,                              :

             Plaintiff,      :

      - against -                      :

THE CITY OF NEW YORK et al.,               :

           Defendants.     :

- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/08

**ORDER**

07 Civ. 8447 (DC)

**CHIN, District Judge**

      It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:    New York, New York
         August 26, 2008

                               DENNY CHIN
                               United States District Judge